Frank A. BORGO, Claimant–Appellant,

v.

Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 2010–7021.

United States Court of Appeals, Federal Circuit.

March 4, 2010.

Mark Allan Feigenbaum, Thornhill, Ontario, Canada, for Claimant–Appellant.

**ORDER**

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Gary COOPER, Claimant–Appellant,

v.

Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 2010–7017.

United States Court of Appeals, Federal Circuit.

March 4, 2010.

Gary Cooper, La Grange, TX, pro se.

**ORDER**

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.